Prob12c (7/93)

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| Name of Offender: | Blaze J. Franklin |
| Name of Sentencing Judicial Officer: | Honorable James J. Brady<br>U.S. District Judge |
| Date of Original Sentence: | November 12, 2014 |
| Original Offense: | Conspiracy to Distribute and to Possess with the Intent to Distribute Cocaine Base, Distribution of Cocaine Base, and Possession with the Intent to Distribute Cocaine, 21 U.S.C. § 846, and 21 U.S.C. § 841(a)(1) |
| Original Sentence: | One year probation |
| Type of Supervision: | Probation |
| Asst. U.S. Attorney: | Robert Piedrahita |
| Case Number: | 13-57-JJB-RLB |
| Date Supervision Commenced: | November 12, 2014 |
| Defense Attorney: | Gideon T. Carter, III |

### PETITIONING THE COURT

[X]    To issue a warrant

PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Franklin, Blaze
November 6, 2015
Page 2

The probation officer believes that the offender has violated the following condition(s) of supervision:

## VIOLATION NUMBER 1:  Grade C

Mandatory Condition:

"The defendant shall not commit another federal, state, or local crime."

Nature of Noncompliance:

On December 19, 2014, the defendant committed the offense of simple battery. The defendant hit a friend of his ex-girlfriend in the face with a closed fist when she asked him to leave during a disturbance. According to the offense report, the victim was in extreme pain due to swelling to the right side of the face from the strike and she received medical attention. On January 6, 2015, the defendant was subsequently arrested by the Baton Rouge Police Department. This charge is still pending with the 19th Judicial District Court.

On August 29, 2015, while in custody for the above named offense, the defendant was charged with simple battery for assaulting two inmates while at the East Baton Rouge Parish Prison. The defendant struck both inmates in the facial area with a closed fist due to a disagreement over the television. This charge is still pending with the 19th Judicial District Court.

U.S. Probation Officer Recommendation:

**The term of supervision should be:**

       [X]    Revoked

       I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 6, 2015

Respectfully Submitted ,

Clarence P. Rambo
Chief U.S. Probation Officer

Reviewed by:

Michael Soniat
Senior U.S. Probation Officer

By: _____

       Jessica Darbonne
       U.S. Probation Officer
       November 6, 2015

PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION
Franklin, Blaze
November 6, 2015
Page 3

## THE COURT ORDERS

[ ]    No Action

[X]    The Issuance of a Warrant to be filed as a detainer.

[ ]    The Issuance of a Summons

[ ]    Other

_____        11/6/2015
Honorable Richard L. Bourgeois, Jr.        _____
U.S. Magistrate Judge                      Date